**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 14-7437**

———

MICHAEL CHEW,

Plaintiff - Appellant,

v.

KATHLEEN GREEN, Warden; JAMES TICHNELL,

Defendants - Appellees,

and

PAUL WISENGOFF; GREGORY BIRCH; BRUCE BOZMAN; DENISE
GELSINGER; SCOTT ROWE, Correctional Case Management
Specialist; HAMILTON, Gang Intel,

Defendants,

v.

OFFICE OF THE ATTORNEY GENERAL,

Party-in-Interest.

———

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, Senior District
Judge. (8:13-cv-02115-DKC)

———

Submitted: January 22, 2015        Decided: January 27, 2015

———

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

Michael Chew, Appellant Pro Se.  Nichole Cherie Gatewood, OFFICE OT THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Chew appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Chew's motion for appointment of counsel and affirm for the reasons stated by the district court. Chew v. Gatewood, No. 8:13-cv-02115-DKC (D. Md. Sept. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED